## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **V.** | ) | **DOCKET NO. 2:19-CR-00149-002** |
| | ) | |
| **STEVEN HARDY** | ) | |

### NOTICE OF REQUEST FOR IN-PERSON HEARING

NOW COMES the Defendant, Steven Hardy, by and trough counsel, John S. Webb, Esq., and provides notice that the Defendant desires an in-court hearing. The Defendant requests that sentencing be scheduled for December 22, 2020 at 9:00 a.m. The Defendant estimates one hour and 15 minutes for sentencing.

DATED at Saco, Maine on November 5, 2020

/S/ John Scott Webb, Esq.
John S. Webb, Esq.

## CERTIFICATE OF SERVICE

      I, John Scott Webb, Esq. hereby certify that I have served, electronically, a copy of the within " Request for In-Person Hearing" using the CM/EFC system, which will cause a copy to be sent to AUSA Dan Perry, and to Attorneys Robert Levine and Amy Fairfield.

        /S/ John Scott Webb, Esq.
        John Scott Webb, Esq.
        Attorney for Steven Hardy

DATE:  November 5, 2020